IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that is stored at premises controlled by Google, LLC, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California 94043 | Mag. No.: MJ 19-00163-N<br><br>**Filed Under Seal** |

### ORDER

This matter is before the Court on the United States' Motion to Keep Case Sealed. The Court, after having considered the motion and finding that the best interests of this case will be served by causing the case to be sealed for an additional ninety (90) days, it is hereby:

**ORDERED** that the case remain under seal for an additional ninety (90) days. The case will be unsealed at the end of this period unless the United States further moves to seal for an additional ninety (90) days, and such request is granted by the court.

**SO ORDERED** this _____ day of April 2021.

U.S. Magistrate Judge Katherine P. Nelson
Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2021.04.01 12:01:20 -06'00'

KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE